QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Steven G. Madison (Bar No. 101006)
  stevemadison@quinnemanuel.com
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

  Karin Kramer (Bar No. 87346)
  karinkramer@quinnemanuel.com
  Arthur M. Roberts (Bar No. 275272)
  arthurroberts@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for Defendant International Business Machines Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL ORENZO BOWMAN, individually and on behalf of all those similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>HEALTH NET, INC., a Delaware corporation, INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation, and HEALTH NET OF CALIFORNIA, a California Corporation,<br><br>        Defendants. | Case No. 11-cv-1320-JAM-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

Whereas, Defendants' response to the complaint is currently due June 8, 2011;

Whereas, this case is related to the following cases pending in the Eastern District of California: *Assavarungnirun v. Health Net, Inc.*, Case No. 11-cv-1008-KJM-DAD; *Avila v. Health Net, Inc.*, Case No. 11-cv-1097-JAM-KJN; *Whitaker v. Health Net of California, Inc.*, Case No. 11-cv-910-KJM-DAD; *Bournas v. Health Net, Inc.*, Case No. 11-cv-1262-GEB-DAD; *Kirk v. Health Net, Inc.*, Case No. 11-cv-1376-MCE-DAD; and *Johnston v. Health Net, Inc. of California*, Case No. 11-cv-1377-GEB-DAD;

Whereas, this case is also related to two cases pending in the Northern District of California, which will likely be transferred to this District;

Whereas, the parties are discussing coordination of these actions, and an extension to respond to the complaint would promote the orderly administration of the Court's docket and prevent waste of the parties' resources;

Whereas, the parties had previously extended the deadline to respond by a total of 30 days while this case was pending in the Central District of California.

Therefore, the parties hereby stipulate that Defendants' time to answer or otherwise respond to the complaint is extended to July 11, 2011.

DATED: May 24, 2011        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Karin Kramer[1]
Karin Kramer
Attorneys for Defendant International Business Machines Corporation

---

[1] I attest I have received consent to file this stipulation from the other signatories.

| | | |
|---|---|---|
| 1 | DATED: May 24, 2011 | RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP |

                                               By  /s/ Jeffrey B. Cereghino
                                                   Jeffrey B. Cereghino
                                                   Attorneys for Plaintiff Cecil Orenzo Bowman

DATED: May 24, 2011                     CROWELL & MORING LLP

                                                   By /s/ Ethan P. Schulman
                                                   Ethan P. Schulman
                                                   Attorneys for Defendants Health Net, Inc. and Health Net of California, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  5/24/2011

                                                   /s/ John A. Mendez
                                                   U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com